STATE BAR OF MICHIGAN *v.* PILLON.

Suspension of attorney from practice for one year and assess-
ment of costs is affirmed where the ruling of a three-judge
panel confirming the findings of a grievance committee appears
appropriate from the record.

Appeal from Wayne, William F. Ager, Arthur E.
Moore and Norman A. Baguley, JJ., presiding.
Submitted June 4, 1970. (Calendar No. 13, Docket
No. 52,795.) Decided August 19, 1970.

Disbarment proceedings against Gregory M.
Pillon. Order suspending defendant from practic-
ing law in this state for one year and thereafter
until such time as he shall make application for
reinstatement to the bar and requiring defendant to
reimburse the State Bar of Michigan for its actual
and necessary expenses incurred by reason of the
proceedings entered. Defendant appeals. Affirmed.

*Louis Rosenzweig,* for the State Bar of Michigan.

*Gregory M. Pillon, in propria persona.*

PER CURIAM. The ruling of the three-judge panel
confirming the findings of the grievance committee

REFERENCE FOR POINTS IN HEADNOTE
7 Am Jur 2d, Attorneys at Law § 12 *et seq.*

appears appropriate from this record. The respondent was denied no constitutional rights by the rejection of the offered evidence of similar action by other attorneys. The misconduct charged and established by the proofs, was a serious breach of the canons of ethics governing the conduct of all practitioners.

The suspension from practice for one year and the assessment of costs to partially reimburse the Bar Association for its expenses in connection with processing these grievances, is affirmed.

T. E. BRENNAN, C. J., and DETHMERS, KELLY, BLACK, T. M. KAVANAGH, ADAMS, and T. G. KAVANAGH, JJ., concurred.